IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-rj-00001-NONE

FRANK DORSETT,

    Plaintiff,

v.

JAMES J. STANDLEY D/B/A GTF

SERVICES, LLC,

    Defendant.

_____, ORDER ( Docket No. 2 )

**UPON GOOD CAUSE SHOWING** Plaintiff's Motion for Judgment Debtor Examination is hereby GRANTED. It is further ORDERED that the Judgment Debtor Examination of Defendant JAMES J. STANDLEY D/B/A GTF SERVICES, LLC., is set on: __July__ __9th__, 2014, at __1:30 pm__, in Courtroom __A-502__

  (Month)     (Day)     (Time)

of the United States District Court, District of Colorado, at 901 19th Street, Denver, CO 80294

It is further ORDERED that Defendant shall produce the documents requested in Plaintiff's Motion for Judgment Debtor Examination to this Court no later than one week before the date of the Judgment Debtor Examination.

__June 12, 2014__
Date

                              MICHAEL J. WATANABE
                              U.S. MAGISTRATE JUDGE
                              DISTRICT OF COLORADO